# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRIDGET RENA ROBERTS                                                        PLAINTIFF

v.                              No. 4:06CV00617 JLH

CINGULAR WIRELESS COMPANY                                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Opinion entered separately today, judgment is hereby entered in favor of Cingular Wireless Company on all claims. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 12th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE